```
 1 | PHILIP M. MILLER (SBN 87877)
   | KRISTEN McCULLOCH (SBN 177558)
 2 | MICHELLE L. SICULA (SBN 160598)
   | SALTZMAN & JOHNSON LAW CORPORATION
 3 | 44 Montgomery Street, Suite 2110
   | San Francisco, CA 94104
 4 | (415) 882-7900
   | (415) 882-9287 – Facsimile
 5 | pmiller@sjlawcorp.com
   | kmcculloch@sjlawcorp.com
 6 | msicula@sjlawcorp.com

 7 | Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI,, Trustee, STEPHEN J. MACK, Trustee, MARK HOLLIBUSH, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>SIMI MANAGEMENT CORP., a California corporation, doing business as CONNELL AUTO CENTER, and STEVEN A. SIMI also known as ANSELMO SIMI, an Individual,<br><br>Defendants. | Case No.: C 09-02550 JSW<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER CONSENTING TO REASSIGNMENT TO MAGISTRATE JUDGE JOSEPH C. SPERO**<br><br>JUDGE:   Hon. Jeffrey S. White<br><br>COURTROOM 2<br>Nineteenth Floor<br>450 Golden Gate Ave.,<br>San Francisco, CA |

On October 9, 2009, the Court ordered the parties to consider reassignment for all purposes to a Magistrate Judge.

The parties request that the Court reassign this matter directly to Magistrate Judge Joseph C. Spero for all purposes.

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have United States Magistrate Judge Joseph C. Spero

~~Case No.: C09-09-2548 SC~~
STIP AND ORDER RE: MJ                    1

1  conduct any and all further proceedings in the case, including trial, and order the entry of a final
2  judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals
3  for the Ninth Circuit.

4  Dated:   October 15, 2009                    SALTZMAN & JOHNSON LAW CORPORATION

6                                               By: _____
                                                    Michelle L. Sicula
7                                                   Attorneys for Plaintiffs

8  Dated:   October 15, 2009                    KAY & MERKLE, LLP

10                                              By: _____
                                                    Douglas A. Marshall
11                                                  Attorneys for Defendants

13  PURSUANT TO STIPULATION, the Court ORDERS the Clerk to reassign this matter for all
14  purposes to Magistrate Judge Spero.
15  IT IS SO ORDERED.
16  Dated:   October 16, 2009                   _____
                                                JEFFREY S. WHITE
17                                              UNITED STATES DISTRICT JUDGE