**United States District Court**
For the Northern District of California

1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6    AUTOMOTIVE INDUSTRIES, ET AL.,              No. C 09-02550 JCS

7              Plaintiff(s),
                                                 **ORDER SETTING CASE**
8         v.                                     **MANAGEMENT CONFERENCE**
                                                 **[Reassigned Case]**
9    SIMI MANAGEMENT, ET AL.,

10             Defendant(s).
     _____/
11

12         TO ALL PARTIES AND COUNSEL OF RECORD:

13         The above-entitled matter having been reassigned to the Honorable Joseph C. Spero,  for trial

14   and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10,

15   that a Case Management Conference shall be held in this case on **November 13, 2009, at 1:30 p.m.,**

16   in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco,

17   California.

18         The parties shall appear in person or through counsel and shall be prepared to discuss all

19   items referred to in Civil L.R. 16-10.  In view of the recent filing of case management statements, no

20   additional case management statements need be filed.

21         All documents filed with the Clerk of the Court shall list the civil case number followed only

22   by the initials "**JCS**."  One copy shall be clearly marked as a <u>chambers</u> copy.

23

24   Dated:  October 21, 2009

25                                          _____
                                            JOSEPH C. SPERO
26                                          United States Magistrate Judge

27

28