# SALTZMAN & JOHNSON
## LAW CORPORATION

RICHARD C. JOHNSON
ISAIAH B. ROTER
PHILIP M. MILLER
RUSSELL L. RICHEDA
MURIEL B. KAPLAN
MICHELE R. STAFFORD
KRISTEN McCULLOCH
SHAAMINI A. BABU
MICHELLE L. SICULA
BRANDIE M. BARROWS
BLAKE E. WILLIAMS
KIMBERLY A. HANCOCK
ANNE M. BEVINGTON

44 MONTGOMERY STREET, SUITE 2110
SAN FRANCISCO, CA 94104
PHONE: (415) 882-7900
FAX: (415) 882-9287
email@sjlawcorp.com

WARREN H. SALTZMAN
(1925-1988)

JULIE JELLEN, PARALEGAL
VANESSA DE FÁBREGA, PARALEGAL
QUI LU, PARALEGAL
ELISE THURMAN, PARALEGAL
BARBARA SOUZA, PARALEGAL

October 27, 2010

**VIA E-FILING & MESSENGER**
Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102-3483

**Re:** **Automotive Industries Pension Trust Fund, et al., v. Simi Management Corp., et al;**
**Case No. C 09-2550 JCS**
**Status Conference:**     **November 5, 2010**
**Time:**     **1:30 p.m.**

Dear Judge Spero:

Under Civil Minute Order entered September 17, 2010 (Docket No. 44), the Court ordered that appearance by telephone at the Status Conference set for November 19, 2010 at 1:30 p.m. may be requested by counsel for the parties. The Status Conference was advanced to November 5, 2010 pursuant to Civil Minute Order entered October 25, 2010 (Docket No. 48).

In order to preserve judicial economy and in order to minimize attorneys' fees and costs incurred, counsel for Plaintiffs, Automotive Industries Pension Trust Funds, et al., and counsel for Defendants, Simi Management, Inc., et al., respectfully request the Court to authorize appearance by telephone at the above Status Conference.

Please first contact Plaintiffs' counsel Anne M. Bevington, to initiate conference call. Email and telephone contact information for counsel is as follows:

| Anne M. Bevington and Michelle L. Sicula Email: abevington@sjlawcorp.com Telephone: (415) 882-7900 | Douglas A. Marshall Email: dmarshall@kmlaw100.com Telephone: (415) 357-1200 |
|---|---|

Respectfully submitted,

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Michelle L. Sicula
Attorneys for Plaintiffs,
Automotive Industries, et al.

Dated: 10/27/10

KAY & MERKLE, LLP

By: _____/S/_____
Douglas A. Marshall
Attorneys for Defendants,
Simi Management, et al.

IT IS SO ORDERED
Judge Joseph C. Spero

P:\CLIENTS\AUTPFW\CASES\Connell Auto\Correspondence\Letter to Hon. Judge Spero re telephonic appearance CMC 102610.doc