PHILIP M. MILLER (SBN 87877)
MICHELLE L. SICULA (SBN 160598)
ANNE M. BEVINGTON (SBN 111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
msicula@sjlawcorp.com
abevington@sjlawcorp.com

Attorneys for Plaintiffs


DOUGLAS A. MARSHALL, Bar No. 91227
KAY & MERKLE, LLP
100 The Embarcadero, Penthouse
San Francisco, CA  94105
Telephone:     415.357-1200

Attorneys for Defendants SIMI MANAGEMENT CORP., and STEVEN A. SIMI

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI,, Trustee, STEPHEN J. MACK, Trustee, MARK HOLLIBUSH, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>                    Plaintiffs,<br><br>v.<br><br>SIMI MANAGEMENT CORP., a California corporation, doing business as CONNELL AUTO CENTER, and STEVEN A. SIMI also known as ANSELMO SIMI, an Individual,<br><br>                    Defendants. | Case No.:  C 09-02550 JCS<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER REQUESTING THAT COURT CONTINUE DEADLINE FOR COMPLETING MEDIATION AND CASE MANAGEMENT CONFERENCE** |

1    **STIPULATION AND** ~~**PROPOSED**~~ **ORDER REQUESTING THAT COURT CONTINUE DEADLINE FOR COMPLETING MEDIATION AND CMC**
P:\CLIENTS\AUTPF\W\CASES\Connell Auto\PLEADINGS\Stip & Order re request to continue mediation and cmc 120710.DOC

<u>For the reasons that follow, the parties hereby jointly request that the Court continue the January 4, 2010, deadline for completing mediation and the January 14, 2010, case management conference.</u>

1. This is an action under ERISA by Trustees of the Automotive Industries Pension Trust Fund to recover withdrawal liability from the defendants. The Court has set the following case management dates:

| | | |
|---|---|---|
| (1) | Completion of mediation: | 1/4/11 |
| (2) | Further Case Management Conference: | 1/14/11 |
| (3) | Disclosure of identities and reports of expert witnesses: | 2/11/11 |
| (4) | Completion of Fact and Expert Discovery: | 3/18/11 |
| (5) | All case-dispositive motions to be heard at 9:30 a.m. on or before: | 4/22/11 |
| (6) | Final Pretrial Conference at 1:30 p.m. on: | 7/22/11 |
| (6) | Trial will begin at 8:30 a.m. on: | 8/15/11 |

2. The Court's ADR Unit has advised plaintiffs' counsel that it cannot locate a mediator who could complete the mediation by the Court's deadline of January 4, 2011, but would have a better chance of finding a mediator if the parties could arrange for a 30 day extension of the deadline. Accordingly, the parties stipulate and jointly request that the Court continue the deadline for completing mediation from January 4, 2011, to February 3, 2011, and the post-mediation Case Management Conference from January 14, 2011, to February 18, 2011, with an updated joint Case Management Conference Statement due on February 22, 2011.

Dated:   December 7, 2010                SALTZMAN & JOHNSON LAW CORPORATION

By:  _____/S/_____
      Anne M. Bevington
///   Attorneys for Plaintiffs

Dated: December 7, 2010                    KAY & MERKLE, LLP

By: _____/S/_____
　　　Douglas A. Marshall
　　　Attorneys for Defendants

---

**ORDER**

The parties having stipulated, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

(1) The deadline for completing mediation, previously set for January 4, 2011, is extended to February 3, 2011;

(2) The Case Management Conference previously set for January 14, 2011, is continued to Friday, February 18, 2011, at 1:30 p.m.;

(3) An updated joint case management conference statement shall be due by February 11, 2011.

IT IS SO ORDERED.

Dated: 12/8/10                    _____
　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

\