| | |
|---|---|
| 1 | PHILIP M. MILLER (SBN 87877) |
|   | MICHELLE L. SICULA (SBN 160598) |
| 2 | ANNE M. BEVINGTON (SBN 111320) |
|   | SALTZMAN & JOHNSON LAW CORPORATION |
| 3 | 44 Montgomery Street, Suite 2110 |
|   | San Francisco, CA 94104 |
| 4 | (415) 882-7900 |
|   | (415) 882-9287 – Facsimile |
| 5 | pmiller@sjlawcorp.com |
|   | msicula@sjlawcorp.com |
| 6 | abevington@sjlawcorp.com |
| 7 | Attorneys for Plaintiffs |
| 8 | |
| 9 | DOUGLAS A. MARSHALL, Bar No. 91227 |
|   | KAY & MERKLE, LLP |
| 10 | 100 The Embarcadero, Penthouse |
|   | San Francisco, CA  94105 |
|   | Telephone:     415.357-1200 |
| 11 | |
| 12 | Attorneys for Defendants SIMI MANAGEMENT CORP., and STEVEN A. SIMI |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI,, Trustee, STEPHEN J. MACK, Trustee, MARK HOLLIBUSH, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>           Plaintiffs,<br><br>v.<br><br>SIMI MANAGEMENT CORP., a California corporation, doing business as CONNELL AUTO CENTER, and STEVEN A. SIMI also known as ANSELMO SIMI, an Individual,<br><br>           Defendants. | Case No.:  C 09-02550 JCS<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>DATE:    February 18, 2011<br>TIME:    1:30 P.M.<br>JUDGE:  HON. JOSEPH C. SPERO<br>             COURTROOM A<br>             FIFTEENTH FLOOR<br>             450 Golden Gate Ave<br>             San Francisco, CA 94102 |

1 | The parties hereby notify the Court that they have agreed to settle this case. Under the
2 | terms of the settlement, the parties will submit a request for dismissal with prejudice after payment
3 | is made. The parties anticipate the settlement will be concluded by March 1, 2011 and if not,
4 | shortly thereafter the Plaintiff will request entry of Judgment based on the settlement. In the
5 | meantime, the parties stipulate and jointly request that the Case Management Conference,
6 | currently set for February 18, 2011, be vacated.

7 | Dated: January 28, 2011        SALTZMAN & JOHNSON LAW CORPORATION

9 | By: /S/
   | Anne M. Bevington
10 | Attorneys for Plaintiffs

11 | Dated: January 28, 2011        KAY & MERKLE, LLP

13 | By: /S/
   | Douglas A. Marshall
14 | Attorneys for Defendants

---

### ORDER

The parties having given notice of settlement and having stipulated, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Case Management Conference set for February 18, 2011, at 1:30 p.m., be vacated.

IT IS SO ORDERED.

Dated: Jan. 31, 2011

JOSEPH C. [signature: Judge Joseph C. Spero]
UNITED STATES MAGISTRATE JUDGE

2   **NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

P:\CLIENTS\AUTPF\W\CASES\Connell Auto\PLEADINGS\Notice of Settlement and Joint Req to Vacate CMC W DAM Edits.DOC