PHILIP M. MILLER (SBN 87877)
MICHELLE L. SICULA (SBN 160598)
ANNE M. BEVINGTON (SBN 111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
msicula@sjlawcorp.com
abevington@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI,, Trustee, STEPHEN J. MACK, Trustee, MARK HOLLIBUSH, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>       Plaintiffs,<br><br>v.<br><br>SIMI MANAGEMENT CORP., a California corporation, doing business as CONNELL AUTO CENTER, and STEVEN A. SIMI also known as ANSELMO SIMI, an Individual,<br><br>       Defendants. | Case No.:  C 09-02550 JCS<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL** |

////

////

////

////

////

- 1 -

1    Pursuant to Rule 42(A)(1)(a)(ii) of the Federal Rules of Civil Procedure, the parties to this

2  action hereby stipulate that the action be dismissed with prejudice, all parties to bear their own

3  costs.

4  Dated:    March 9, 2011                          SALTZMAN & JOHNSON LAW CORPORATION

5

6                                                   By:    _____/S/_____
                                                   Anne M. Bevington
7                                                   Attorneys for Plaintiffs
                                                   AUTOMOTIVE INDUSTRIES PENSION
8                                                   TRUST FUND, JAMES H. BENO, Trustee,
                                                   BILL BRUNELLI,, Trustee, STEPHEN J.
9                                                   MACK, Trustee, MARK HOLLIBUSH, Trustee,
                                                   CHRIS CHRISTOPHERSEN, Trustee, DON
10                                                  CROSATTO, Trustee, GEORGE HALL, JR.,
                                                   Trustee, CHARLES J. DI BARI, Trustee, RON
11                                                  NELSON, Trustee, and JAMES V.
                                                   CANTERBURY, Trustee,
12

13  Dated:    March 9, 2011                         KAY & MERKLE, LLP

14

15                                                  By:    _____/S/_____
                                                   Douglas A. Marshall
16                                                  Attorneys for Defendants
                                                   SIMI MANAGEMENT CORP., a California
17                                                  corporation, doing business as CONNELL
                                                   AUTO CENTER, and STEVEN A. SIMI also
18                                                  known as ANSELMO SIMI, an Individual,

19

20  Dated:  May 3, 2011

21                                    IT IS SO ORDERED

22

23                                    Judge Joseph C. Spero

24

25

26

27

28

- 2 -

STIPULATION FOR VOLUNTARY
DISMISSAL; CASE NO. C 09-02550 JCS